UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE OBRIEN,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., et al.,<br><br>    Defendants. | Case No. 22-cv-00348-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 58 |

On January 27, 2023, the Court granted Defendant's motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 27, 2023

KANDIS A. WESTMORE
United States Magistrate Judge