| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 7 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MICHELE OBRIEN,

    Plaintiff-Appellant,

v.

AMAZON.COM, INC.; et al.,

    Defendants-Appellees.

No. 23-15250

D.C. No. 4:22-cv-00348-KAW
Northern District of California,
Oakland

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 10) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator

Mediation